IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/15/20 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-20040-TPA |
| Kathleen B. Thomas | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 10/14/2020 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**   # 16 Contested Plan Dated 1/31/2020

**APPEARANCES:**

Debtor: Michael S. Geisler
Trustee: Ronda Winnecour
Home Investment Fund: Brian Nicholas

**NOTES:**

Winnecour:  Plan payments need to go to $3,759 per month if no Loan Modification.

Geisler:  No payments were made and no documents provided to me. Do not oppose dismissal.

**OUTCOME:**   Trustee's Oral Motion for Dismissal w/o prejudice is GRANTED

*[signature]*
ljm