**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KATHLEEN B. THOMAS | Case No.:20-20040 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/05/2020 and confirmed on 07/22/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,200.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 724.17 | |
|   Trustee Fee | 322.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,046.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HOME INVESTMENT FUND<br>    Acct: 3874 | 0.00 | 2,065.08 | 0.00 | 2,065.08 |
|   HOME INVESTMENT FUND<br>    Acct: 3874 | 106,772.11 | 0.00 | 0.00 | 0.00 |
|   CITY OF NEW KENSINGTON<br>    Acct: | 3,100.00 | 0.00 | 0.00 | 0.00 |
|   MUNICIPAL AUTHORITY OF THE CITY OF N<br>    Acct: | 1,500.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 9187 | 7,392.58 | 0.00 | 0.00 | 0.00 |
| | | | | 2,065.08 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KATHLEEN B. THOMAS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL S GEISLER ESQ<br>    Acct: | 2,510.00 | 724.17 | 0.00 | 0.00 |

| 20-20040 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| PA DEPARTMENT OF REVENUE* <br> Acct: 5287 | 32.19 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT <br> Acct: XXXXXXXX-TPA | 0.00 | 0.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK U <br> Acct: XXXXXXXXXXXXXXXXFUND | 1,088.75 | 1,088.75 | 0.00 | 1,088.75 |
| | | | | 1,088.75 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| S JAMES WALLACE ESQ** <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES GAS LLC F/K/A PEOPLES TWP <br> Acct: 5655 | 529.38 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC. <br> Acct: 4309 | 154.59 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC* <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: 5287 | 7.71 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                  3,153.83

TOTAL CLAIMED
PRIORITY            1,120.94
SECURED           118,764.69
UNSECURED             691.68

Date: 12/31/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com